# Court of Appeals
# of the State of Georgia

ATLANTA, August 04, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1604. ALICE BLACKWELL v. THE STATE.**

Alice Blackwell pled guilty to two counts of entering an automobile with the intent to commit a theft and was sentenced in August 2021 to a five-year term of probation, with the first nine months to be served on house arrest. On April 26, 2023, following a hearing, the trial court determined that Blackwell violated the terms of her probation and revoked the balance of the probation. Blackwell filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Blackwell's probation, she was required to file an application for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Thus, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/04/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*